FILED

18 JUN 25 AM 11: 12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18MJ2498-CAB |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF COMPLAINT |
| v. | |
| ESBEIDY BALDERAS-VALLE, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 6/25/18 .

_____
HON. CATHY ANN BENCIVENGO
United States District Court Judge